Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>VISIONARY INVESTORS INC, BRYAN ARTURO RIVEROS CESAR<br>.Defendant. | Case 2:20-CV-00158-TLN-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), We voluntarily dismiss:

⊠THE ENTIRE CASE

Such dismissal shall be with prejudice, Each side to bear its own costs and fees.

Dated: _____

MARK AUSSIEKER

1

# CERTIFICATE OF SERVICE

Filed by mail with United States District Court __2/12/20__, with a copy sent to:

emailed to:

Steffanie Stelnick, Esq.

Law Offices of Steffanie Stelnick

23890 Copperhill Dr. Suite 405

Valencia, CA 91354


Mark Aussieker

2/12/20

2

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 2:20-CV-00158-TLN-KJN

Plaintiff:
**MARK AUSSIEKER**

vs.

Defendant:
**VISIONARY INVESTORS INC., et al**

For:
MARK AUSSIEKER
8830 OLIVE RANCH LANE
FAIR OAKS, CA 95628

Received by Cal Process Servers on the 22nd day of January, 2020 at 1:44 pm to be served on **VISIONARY INVESTORS INC, 1044 PLAZA SERENA, ONTARIO, CA 91762.**

I, MANDALE GRIFFIN, do hereby affirm that on the **31st day of January, 2020** at **9:00 am**, I:

**PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; EXHIBIT A,** with the date and hour of service endorsed thereon by me, to: **BRYAN ARTURO RIVEROS CESAR** at the address of: **1044 PLAZA SERENA, ONTARIO, CA 91762**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
Routine Process Service    $65.00
Total                      $65.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

*(signature)*
**MANDALE GRIFFIN**
1585

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2020000145

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 2:20-CV-00158-TLN-KJN

Plaintiff:
**MARK AUSSIEKER**

vs.

Defendant:
**VISIONARY INVESTORS INC., et al**

For:
MARK AUSSIEKER
8830 OLIVE RANCH LANE
FAIR OAKS, CA 95628

Received by Cal Process Servers on the 22nd day of January, 2020 at 1:44 pm to be served on **BRYAN ARTURO RIVEROS CESAR, 1044 PLAZA SERENA, ONTARIO, CA 91762.**

I, MANDALE GRIFFIN, do hereby affirm that on the **31st day of January, 2020** at **9:00 am**, I:

**PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; EXHIBIT A,** with the date and hour of service endorsed thereon by me, to: **BRYAN ARTURO RIVEROS CESAR** at the address of: **1044 PLAZA SERENA, ONTARIO, CA 91762**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
| | |
|---|---|
| Additional Defendant at same address | $35.00 |
| Total | $35.00 |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

*[Signature]*
**MANDALE GRIFFIN**
1585

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2020000146

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g